UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 04-1335 (MJD/JJG)

| | |
|---|---|
| UNITES STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR DISMISSAL |
| ) | WITHOUT PREJUDICE |
| REAL PROPERTY LOCATED AT 18788 ) | |
| PORTWOOD WAY, HASTINGS, ) | |
| MINNESOTA, DAKOTA COUNTY, WITH ) | |
| ALL BUILDINGS, IMPROVEMENTS, ) | |
| FIXTURES, AND APPURTENANCES ) | |
| THERETO, ) | |
| ) | |
| DEFENDANT. ) | |

Pursuant to the Stipulation of Dismissal Without Prejudice, which stipulation is incorporated herein by reference, it is

ORDERED that this action be dismissed without prejudice, each party to bear its own costs, disbursements, and attorney's fees herein.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: July 17, 2006

S / Michael J. Davis
MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT JUDGE